IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         )
                                 )
             v.                  )     Criminal No. 08-98
                                 )
JEROME BROWN                     )

### ORDER OF COURT

AND NOW, to-wit, this 30th day of July, 2009, it appearing to the Court that there is no further necessity that the record as to Mr. Cabbagestalk's change of plea hearing remain sealed,

IT IS HEREBY ORDERED that the record of the guilty plea hearing and plea agreement at Criminal No. 05-382 and sealed on August 16, 2007, be unsealed as of this day.

_____
Gary L. Lancaster
United States District Judge