IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-98 |
| | ) | |
| JEROME BROWN, | ) | |
| A/K/A ROMEY | ) | |

MEMORANDUM ORDER

Gary L. Lancaster,
Chief Judge.                                October 5, 2010

Before the court is defendant's motion for funeral furlough. [Doc. No. 121]. For the reasons that follow, defendant's motion will be denied.

The record shows that defendant is not currently in federal custody. Defendant is currently in the custody of the Commonwealth of Pennsylvania. Thus, this court has no jurisdiction to address defendant's motion for funeral furlough.

AND NOW, this 5th day of October, 2010, IT IS HEREBY ORDERED that defendant's motion for funeral furlough [Doc. No. 121] is DENIED.

BY THE COURT:

_____, C.J.

cc: All Counsel of Record