IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) | Criminal No. 08-98 |
|  | ) |  |
| JEROME BROWN, | ) |  |
| Defendant. | ) |  |

ORDER

AND NOW, this 19th day of February, 2013, upon consideration of defendant's Motion for a Certificate of Appealability or in the Alternative for Clarification [document #135], IT IS HEREBY ORDERED that the motion is DENIED. A Certificate of Appealability SHALL NOT ISSUE with respect to the Court's order, denying defendant's Motion to Vacate, dated November 30, 2012.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Parties of Record